# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 04-1054 consolidated with CA 04-1053

**SUSAN LYNN MURPHY, BORN BOOK**

**VERSUS**

**PATRICK JEFFERSON MURPHY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-1792
HONORABLEGUY ERNEST BRADBERRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield,[*] Judges.

**REVERSED AND RENDERED.**

Michael Steven Beverung
Book & Beverung
620 Esplanade, #103
Lake Charles, Louisiana 70607-6363
(337) 478-8706
COUNSEL FOR PLANTIFF/APPELLANT
    Susan Lynn Murphy, born Book

Walter Marshall Sanchez
Lorenzi, Sanchez & Palay
518 Pujo St.
Lake Charles, Louisiana 70601
(337) 436-8401
COUNSEL FOR DEFENDANT/APPELLEE
    Patrick Jefferson Murphy

---

[*]Judge John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.

WOODARD, Judge.

For the reasons assigned this day in *Murphy v. Book*, 04-1053, ___So.2d ___ (La.App. 3 Cir. __/__/04), we reverse the trial court's ruling allowing Jeff Murphy's unsupervised visitation with the minor child, and we reverse the trial court's ordering Susan Murphy to reimburse copying costs to Black Lake Marsh, Inc.

**REVERSED AND RENDERED.**